IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

BELINDA TAMEZ,

    Plaintiff,

v.                                    Case No.: 4:17-cv-371

SUZANNE BROWN AGENCY, L.L.C., and
SUZANNE L. BROWN,

    Defendants.
_____/

## **NOTICE OF SETTLEMENT**

Plaintiff, BELINDA TAMEZ, hereby gives notice of the settlement of the above-captioned matter. The Parties request that they be given up to and including June 15, 2017, to file the documents necessary to close this case.

Dated May 31, 2017.

                                                    */s/ Charles L. Scalise*
                                                    **CHARLES L. SCALISE**
                                                    Texas Bar No. 24064621
                                                   **DANIEL B. ROSS**
                                                    Texas Bar No. 00789810
                                                    1104 San Antonio St.
                                                    Austin, Texas 78701
                                                    Ph:    800-634-8042
                                                    Ph:    512-474-7677
                                                    Fax:   512-474-5306
                                                    charles@rosslawgroup.com

                                                    **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on May 31, 2017, true and correct copy of the foregoing was served via electronic the Court's CM/ECF Electronic Filing System to:

Ann Abrams Price
**BOULETTE GOLDEN & MARIN L.L.P.**
2801 Via Fortuna, Suite 530
Austin, Texas 78746

         */s/ Charles L. Scalise*
         **CHARLES L. SCALISE**